Caponi, V.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/17/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN CARLOS TORRALBA, *individually and on behalf of others similarly situated,*

                              *Plaintiff,*

    v.

GIGINO, INC. (d/b/a GIGINO TRATTORIA), ROBERT GIRALDI, JOSETTA MOLA, PHILIP SUAREZ, and LUIGI CELENTANO,

                              *Defendants.*

---

Civil Action No. 15-cv-07625 (VEC)

ECF Case

## SECOND AMENDED STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the Order of the Honorable Valerie E. Carponi, United States District Judge, dated March 11, 2016 (Docket Entry No. 34), Plaintiff Juan Carlos Torralba ("Plaintiff") and Defendants Gigino, Inc., Robert Giraldi, Philip Suarez, and Luigi Celentano (collectively "Defendants," and with Plaintiff, the "Parties") hereby, by and through their counsel, amend their prior Stipulation and Order of Dismissal Without Prejudice executed by the Parties on March 8, 2016, and First Amended Stipulation and Order of Dismissal Without Prejudice dated March 9, 2016, and stipulate to the following.

The Parties hereby agree that Plaintiff's Complaint in the above-captioned matter is dismissed in its entirety and without prejudice, and without costs or attorneys' fees to any party.

Further, the Parties, through their undersigned counsel, hereby represent to the Court that this matter is being dismissed for reasons other than a settlement between the Parties and Defendants are not receiving any release from Plaintiff in connection with this dismissal. As a result, the Parties respectfully submit that this dismissal fails outside the purview of the Second

Circuit's directives as set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir.

2015).

MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiff*
60 East 42nd Street, Suite 2020
New York, New York 10165
(212) 317-1200


By: _____
    Michael A. Faillace, Esq.
    Joshua Androphy, Esq.

Dated: March 16, 2016


FOX ROTHSCHILD LLP
*Attorneys for Defendants Gigino, Inc.,*
*Robert Giraldi, Philip Suarez, and*
*Luigi Celentano*
100 Park Avenue, Suite 1500
New York, NY  10017
(212) 878-7900

By: _____
    Carolyn D. Richmond, Esq.
    Alexander W. Leonard, Esq.

Dated: March 16, 2016


**SO ORDERED:**

_____
**Honorable Valerie E. Caproni**
**United States District Judge**

**Dated:** ___March 17,_____, **2016**
           **New York, New York**

2